**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher DRAYTON, Defendant–Appellant.**

United States of America,
Plaintiff–Appellee,

v.

Clifton Brown, Jr., Defendant–
Appellant.

Nos. 99–13814, 99–15152.

United States Court of Appeals,
Eleventh Circuit.

Aug. 15, 2002.

Gwendolyn L. Spivey, Tallahassee, FL, Steven Seliger, Garcia & Seliger, Quincy, FL, for Defendants–Appellants.

Michael Thomas Simpson, Terry Flynn, Tallahassee, FL, Pamela A. Moine, Asst. U.S. Atty., Pensacola, FL, Michael Rotker, Dept. of Justice, Arlington, VA, for Plaintiff–Appellee.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

Before CARNES and BARKETT, Circuit Judges, and POLLAK*, District Judge.

PER CURIAM:

Pursuant to the Supreme Court's decision in this case, *United States v. Drayton*, —— U.S. ——, 122 S.Ct. 2105, 153 L.Ed.2d

* Honorable Louis H. Pollak, U.S. District Judge for the Eastern District of Pennsylva-

242 (2002), the convictions of appellants are AFFIRMED.